**Order entered December 17, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01327-CV

**ERIN STINNETT A/K/A ERIN CHRISTIAN, Appellant**

**V.**

**PRUVIT VENTURES, INC., Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-03022-2018**

## ORDER

Before the Court is appellant's December 13, 2018 unopposed second motion to extend briefing deadline pending the Court's determination of the scope of the appeal. We **GRANT** the motion and **SUSPEND** the briefing deadline. The Court will set a new deadline for appellant's brief once it has determined the scope of the appeal.


/s/  DAVID EVANS
    JUSTICE